## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Unisys Corporation, | Civil Action No. 2:23-CV-00555-PD |
| Plaintiff, | JURY TRIAL DEMANDED |
| vs. | |
| Leon Gilbert and Michael McGarvey, | |
| Defendants. | |

### JOINT STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO UNISYS'S MOTION FOR A TEMPORARY RESTRAINING ORDER

On February 13, 2023, Unisys Corporation ("Unisys") filed a complaint alleging claims of trade secret misappropriation and breach of contract against Defendants Leon Gilbert and Michael McGarvey (collectively, "Defendants") (Dkt. 1).  On the same day, Unisys filed a motion for a temporary restraining order, requesting that Defendants be enjoined from misappropriating Unisys's trade secrets and breaching their contracts with Unisys (Dkt. 4).[1]  The Court ordered Defendants to respond to Unisys's TRO by February 16, 2023 at 5:00 pm.  Dkt. 9.

On February 15, 2023, Defendants, through their counsel, reached out to Unisys and requested an extension until February 20, 2023 at 5:00 pm to respond to the TRO.  Defendants agreed not to rely on the extension as a defense to the TRO.  Defendants' counsel also agreed to accept service on behalf of Mr. Gilbert and Mr. McGarvey.  Unisys does not oppose Defendants' request for an extension.

Therefore, the parties jointly submit this stipulation, subject to the Court's approval, for

---

[1] On February 14, 2023, Unisys requested that minor corrections be made to the complaint, an exhibit to the complaint, and an exhibit to the TRO.  The corrected documents were placed on the docket on February 14, 2023.  Dkt. 8.

Defendants' time to respond to the TRO to be extended to February 20, 2023 at 5:00 pm.

DATED:  February 15, 2023                    Respectfully submitted,

                                             */s/ Julian C. Williams*
                                             Julian C. Williams (S.B.N. 324771)
                                             julian.williams@morganlewis.com
                                             MORGAN, LEWIS & BOCKIUS LLP
                                             1701 Market Street
                                             Philadelphia, PA 19103
                                             Phone: (215) 963-5000
                                             Fax: (215) 963-5001

                                             Robin Nunn (admitted *pro hac vice*)
                                             robin.nunn@morganlewis.com
                                             MORGAN, LEWIS & BOCKIUS LLP
                                             101 Park Avenue
                                             New York, New York 10178
                                             Phone: (212) 309-6779
                                             Fax: (212) 309-6001

                                             Michael W. De Vries (admitted *pro hac vice*)
                                             michael.devries@kirkland.com
                                             California S.B.N. 211001
                                             KIRKLAND & ELLIS LLP
                                             555 South Flower Street, Suite 3700
                                             Los Angeles, CA 90071
                                             Telephone: (213) 680-8400

                                             Adam R. Alper (admitted *pro hac vice*)
                                             adam.alper@kirkland.com
                                             California S.B.N. 196836
                                             KIRKLAND & ELLIS LLP
                                             555 California Street
                                             San Francisco, CA 94104
                                             Telephone: (415) 439-1400

                                             Gianni Cutri (admitted *pro hac vice*)
                                             gianni.cutri@kirkland.com
                                             Illinois S.B.N. 6272109
                                             KIRKLAND & ELLIS LLP
                                             300 North LaSalle
                                             Chicago, IL 60654
                                             Telephone: (312) 862-2000

                                             Leslie M. Schmidt (admitted *pro hac vice* )
                                             New York S.B.N. 4884078
                                             leslie.schmidt@kirkland.com

KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

*Attorneys for Plaintiff*
Unisys Corporation

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this date, I caused true and correct copies of the foregoing document to be served on Defendants via electronic mail

DATED: February 15, 2023

*/s/ Julian C. Williams*
Author