**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Unisys Corporation, | Civil Action No. 2:23-CV-00555-PD |
| Plaintiff, | JURY TRIAL DEMANDED |
| vs. | |
| Leon Gilbert and Michael McGarvey, | |
| Defendants. | |

## JOINT STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO UNISYS'S MOTION FOR A TEMPORARY RESTRAINING ORDER

On February 13, 2023, Unisys Corporation ("Unisys") filed a complaint alleging claims of trade secret misappropriation and breach of contract against Defendants Leon Gilbert and Michael McGarvey (collectively, "Defendants") (Dkt. 1). On the same day, Unisys filed a motion for a temporary restraining order, requesting that Defendants be enjoined from misappropriating Unisys's trade secrets and breaching their contracts with Unisys (Dkt. 4).[1] The Court ordered Defendants to respond to Unisys's TRO by February 16, 2023 at 5:00 p.m. Dkt. 9.

On February 15, 2023, Defendants, through their counsel, reached out to Unisys and requested an extension until February 20, 2023 at 5:00 p.m. to respond to the TRO. Defendants agreed not to rely on the extension as a defense to the TRO. Defendants' counsel also agreed to accept service on behalf of Mr. Gilbert and Mr. McGarvey. Unisys does not oppose Defendants' request for an extension.

Therefore, the parties jointly submit this stipulation, subject to the Court's approval, for

---

[1] On February 14, 2023, Unisys requested that minor corrections be made to the complaint, an exhibit to the complaint, and an exhibit to the TRO. The corrected documents were placed on the docket on February 14, 2023. Dkt. 8.

Defendants' time to respond to the TRO to be extended to February 20, 2023 at 5:00 p.m.

DATED:  February 16, 2023                Respectfully submitted,

*/s/ Julian C. Williams*
Julian C. Williams (S.B.N. 324771)
julian.williams@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001

Robin Nunn (admitted *pro hac vice*)
robin.nunn@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Phone: (212) 309-6779
Fax: (212) 309-6001

Michael W. De Vries (admitted *pro hac vice*)
michael.devries@kirkland.com
California S.B.N. 211001
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400

Adam R. Alper (admitted *pro hac vice*)
adam.alper@kirkland.com
California S.B.N. 196836
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Gianni Cutri (admitted *pro hac vice*)
gianni.cutri@kirkland.com
Illinois S.B.N. 6272109
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Leslie M. Schmidt (admitted *pro hac vice* )
New York S.B.N. 4884078
leslie.schmidt@kirkland.com

KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

*Attorneys for Plaintiff*
Unisys Corporation

_____

DATED:  February 16, 2023                    Respectfully submitted,

*/s/ Gerald J. Stubenhofer* (with permission)
Gerald J. Stubenhofer, Jr., *pro hac vice pending*
jstubenhofer@mcguirewoods.com
Cameron J. Comer, #329152
ccomer@mcguirewoods.com
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA  15222
(412) 667-7913

Brian C. Riopelle, *pro hac vice pending*
briopelle@mcguirewoods.com
Christopher M. Michalik, *pro hac vice pending*
cmichalik@mcguirewoods.com
McGuireWoods LLP
Gateway Plaza, 800 East Canal Street
Richmond, VA  23219
Phone: (804) 775-1000
Fax: (804) 775-1061

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I do hereby certify that on this date, I caused true and correct copies of the foregoing document to be served on counsel for Defendants via electronic mail.


DATED: February 16, 2023               */s/ Julian C. Williams*
                                       Julian C. Williams