# Exhibit 7

# Appendix A



**Steven R. Kursh, Ph.D., CSDP, CLP Summary Biography**

Steven R. Kursh, Ph.D., CSDP, CLP is a seasoned management consultant and expert witness.  His management consulting, research, teaching, and expert witness work encompasses IP and customs and practices in the computer software industry.  He has extensive on-the-ground technical and management experience.

Dr. Kursh has been admitted by the Courts as an expert in numerous IP and contract dispute matters related to the technology and computer software industries, including SaaS, PaaS, and IaaS.  His experience includes being deposed over fifty times, testifying before arbitration panels over ten times, and testifying in court in over twenty trials.

Dr. Kursh is an Adjunct faculty member at Vanderbilt University in the School of Engineering.  Previously he was an Executive Professor at Northeastern University for over twenty years. While at Northeastern he conducted research, served in senior-level administration, and developed and taught graduate-level courses in the D'Amore-McKim School of Business (DMSB) and in the College of Engineering.

He was recently named to the Inaugural Class of the IEEE Computer Society Distinguished Contributors.

He has also developed and taught courses at Harvard University, at the University of Pennsylvania, and at the MIT Enterprise Forum. Steve has been honored with multiple teaching awards and consistently high-teaching evaluations.

Dr. Kursh is a former Fulbright Scholar and the author of numerous articles, a book published by Financial Times Prentice-Hall, and many other publications used in business and engineering schools. He serves as a reviewer for AAAS (American Association for the Advancement of Science), IEEE (Institute of Electrical and Electronics Engineers), ABE (Academy for Business Education) and numerous academic and practitioner publications in business, technology, and finance. Steve is an inventor, angel investor, and owner of a patent.

Dr. Kursh is the author of over fifty articles covering business and/or technology issues.  His recent publications include articles on artificial intelligence; reasonable measures to protect trade secrets; and developing and deploying SaaS applications.

A successful entrepreneur, his experience includes founding, funding, and exiting technology companies, including one that was purchased by a publicly-traded company. He has served as a management consultant to companies, private equity firms, and government agencies.

Steve earned his A.B. at Boston College (where he graduated with Latin Honors and was awarded the Scholar of the College Distinction) and his Ph.D. at the University of Pennsylvania. Steve has earned the IEEE Computer Society Software Development Professional certification (CSDP) and the CLP designation (Certified Licensing Professional) from the Licensing Executives Society (LES).

He has worked as a management consultant in non-litigation work or as an expert witness for numerous companies, including Adobe, Allscripts, AT&T, Bank of America, Barnes & Noble, Bloomberg, Boston Scientific, Cardinal Health, CDW, Citigroup, Comcast, Common Application, EMC, Facebook (Instagram), Federal Insurance (Chubb), H&R Block, HP, Home Depot, Honeywell, HSBC, IBM, Invesco, LivePerson, Marriott, Mastercard, Microsoft, MSCI, Regents of the University of California, ResMan, Risk Based Security, SAIC, Samsung, SiteLock, TD Ameritrade, Toyota, Uber, USAA, Verizon, Yardi, government agencies, private equity firms, and many other organizations.

Dr. Kursh has been privileged to work as an expert witness with outstanding litigation teams from many law firms, including:  Alston & Bird; Arnold & Porter; Baker Hostetler; Boies Schiller Flexner; Choate; Covington & Burling; Dentons; Fish & Richardson; Foley & Lardner; Gibson Dunn & Crutcher; Greenberg Traurig; Hogan Lovells; Jackson Walker; K&L Gates; Keker Van Nest & Peters; Kellogg Hansen, Kilpatrick Townsend; Kirkland & Ellis; Marshall Gerstein & Borun; McCarter & English; Morrison Foerster; Perkins Coie; Quinn Emanuel; Sidley Austin; Skadden; WilmerHale; and Wilson Sonsini Goodrich & Rosati.

**Steven R. Kursh, Ph.D., CSDP, CLP**
**Summary Biography and CV**
**June 2023**

**Academic Appointments**

*Adjunct Instructor*

School of Engineering
Vanderbilt University
Nashville, TN 37235

May 2020 to present

- Responsible for the development and teaching of on-line, graduate-level courses in the Division of General Engineering. Courses to include ENGM 6100 (Strategic Technology Management), ENGM 6700 (IP for Engineers and Scientists), and ENGM 7897/7898/7899 (Master of Engineering Project).

*Co-Developer*

MIT Enterprise Forum

Spring Semester 2018

- Co-developed Blockchain and Bitcoin course.

*Executive Professor and Associate Academic Specialist*

D'Amore-McKim School of Business (also teach courses in the College of Engineering)
Northeastern University, Boston, MA 02115

September 1994 to May 2018; June 1980 to May 1984 (worked fulltime in industry from 1984 to 1994)

Course Development and Teaching:

- Developed and taught courses in the D'Amore-McKim School of Business (DMSB) and the College of Engineering.
    - Earned Beta Gamma Sigma Award for Best Teacher in the DMSB (three separate years)
    - Earned University Excellence in Teaching Award
    - Achieved teaching evaluations that were among the highest in the university
- Courses included Finance, Financial Strategy, Disruption in the Financial and Insurance Services Industries (Fintech), Entrepreneurial Finance, Managerial Economics, Telecommunications, and multidisciplinary courses that include topic coverage of software architectures, software project implementations, Information Technology (IT) investments, Mobile E-Commerce, and IT assessments.

3

**Steven R. Kursh, Ph.D., CSDP, CLP**
**Summary Biography and CV**
**June 2023**

Other Teaching:

- Developed and taught Continuing Professional Education courses in Intellectual Property and Valuation, Business Analytics and Decision Tools, Making the Business Case, Making the Business Case for Cloud, Software Project Management, and Innovation and Growth to CPAs, attorneys, project managers, and other professionals.
- Developed and taught classes for Level I and Level II of the Chartered Financial Analyst (CFA) Examination.
- Developed and taught executive education courses in software analysis, software marketing, software distribution, finance, and other topics for technology industry managers.

Research Funding Grants:

- Principal investigator in joint business and engineering education project funded by the General Electric Foundation; awarded grant by the Kauffman Foundation.

Administration and Service:

- Served as Academic Coordinator, MBA Programs and on numerous graduate and undergraduate program committees.
- Ph.D. Advisor and Dissertation Committee, Ms. Kholoud Khateeb, College of Engineering (graduated, December 2014).
- Co-Director, MSI Program (formerly the High-Technology MBA Program; the High-Technology program was consistently ranked among the best technology-focused MBA programs in the country.

*Fulbright Scholar*

Kozminski University
Warsaw, Poland

Fall Semester 2005

Kozminski University is ranked as the top business school in Poland and Central Europe. The business school is accredited by the AACSB, AMBA, and EQUIS.

- Developed and taught courses and conducted research related to innovation, information technologies, and finance.

4

**Steven R. Kursh, Ph.D., CSDP, CLP**
**Summary Biography and CV**
**June 2023**

*Instructor*

Harvard University, Summer School Programs and Extension School

June 2004 to May 2005

Course Development and Teaching:

- Capital Acquisition and the Investment Banking Process
- Starting and Growing a Business

## Professional Experience

*Founder*

Software Analysis Group (www.softwareanalysisgroup.com)
September 1994 to present

- Provide consulting and business advisory services to Global 2000/Fortune 500 companies, closely-held businesses, and investors.
  - Services include interim management positions and projects focused on software development, implementations, licensing, distribution, sales and marketing, support, licensing, and valuation.
- Provide litigation support services to international and national law firms, including serving as an expert witness or consultant in matters relating to:
  - software intellectual property (trade secrets, copyrights, patents and trademarks)
  - the computer software industry (industry customs and practices in licensing, software development, tax classifications, software implementations, management, marketing, sales, distribution, and valuation)
  - the Internet (e-commerce), including SaaS; PaaS; and IaaS
  - contract disputes (including disputes involving government contracts)
  - Bitcoin, Fintech, and telecommunications (including mobile)
  - open source software components in software development
- Admitted as an expert before arbitration panels, state courts, and federal courts
  - Testimony at over fifty depositions
  - Testimony at over twenty trials and over ten arbitration hearings

5

**Steven R. Kursh, Ph.D., CSDP, CLP**
**Summary Biography and CV**
**June 2023**

*Founder and President*

Blackacre Financial Software, Inc.
September 1986 to August 1994
(Sabbatical Year from September 1993 to August 1994)

- Responsible for general management of a financial and legal software company.
    - negotiated license agreements with clients, joint development agreements with partners, reseller agreements with distribution channel partners, and contracts with other technology developers
    - developed and executed software architecture and design strategies, including leadership of the company's internal programming and external programming and consulting teams that installed, configured, and customized the company's workflow software at client sites
- Grew company from zero sales to leading market position with more than 200 independent resellers; clients included Citicorp, Dime Savings Bank, Shawmut Bank, law firms, title insurance companies, and mortgage companies.
- Negotiated sale of company's assets, including copyrighted software and trademarks, to McGraw-Hill (now S&P Global).

*Consultant*

Omega, Consultants to Bank Management
May 1984 to September 1986

- Provided technical support and revisions to the commercial credit products, including *Commercial Loans to Business* and *Understanding Business Cashflow*, (then) the leading commercial lender training systems in the world.
- Provided consulting services relating to commercial banking and retail banking to financial institutions including Bank of America, Norwest, Wells Fargo, Bank of Boston, and Chase.
- Designed and developed software that linked the company's commercial credit products with credit analysis software; developed tests and statistical norms for evaluating commercial loan officers.
- Awarded Rising Star Award for outstanding contributions to the company.

**Steven R. Kursh, Ph.D., CSDP, CLP**
**Summary Biography and CV**
**June 2023**

**Education and Professional Certifications**

*University of Pennsylvania*

- Ph.D. awarded May 1983; City and Regional Planning Graduate Group; major course work and concentrations (Preliminary Examinations) in Housing and Real Estate, Finance (Wharton School), and Marketing (Wharton School). Additional course work in Accounting, Economics, Statistics, and Econometrics; learned and used APL, Fortran, SPSS, and BMDP in research and courses.
- Research Fellow and Graduate Teaching Assistant
- Grader, Wharton MBA Marketing and Marketing Research Courses
- Developed and taught graduate-level courses in Statistics and Real Estate Finance

*Boston College*

- A.B. degree awarded May 1975, major in Political Science
    - Awarded Scholar of the College Distinction
    - Honors Program, Latin Honors
    - Learned and used Fortran and Basic for academic courses in Economics

*Certifications and Continuing Professional Education*

- **IEEE Computer Society** – Selected to the Inaugural Class of IEEE Computer Society Distinguished Contributors, March 2022.

- **CLP** – Certified Licensing Professional. Certification by the Licensing Executives Society (LES), July 2008.
    - Certification requires documentation of competencies in business, technology and the law, including passing an examination.
    - Recertified in July 2011, 2014, 2017, 2020, and 2023.

- **CSDP** - Certified Software Development Professional. Certification by the Institute of Electrical and Electronics Engineers (IEEE), June 2004.
    - Certification requires documentation of at least 9,000 hours of professional work in software development and passage of an examination covering *The Software Engineering Body of Knowledge* (*SWEBOK*)
    - Permanently certified as a CSDP in 2015.

**Steven R. Kursh, Ph.D., CSDP, CLP**
**Summary Biography and CV**
**June 2023**

- **Continuing Professional Education**
  - Participate in live and distance-learning courses offered by the Association for Computing Machinery (ACM), the Institute for Electrical and Electronics Engineers (IEEE), and other organizations including Microsoft, Amazon, IBM, and Oracle.
  - Participated in courses offered by the Institute for Business Appraisers (IBA); passed certification examination for business valuation.

### Academic and Professional Service
### Editorial and Reviewer

- Reviewer, Academy of Management Annual Meetings, 2018 - 2023.

- Program Committee and Chair of Session – Teaching Innovations and Methods, Financial Education Association and Academy of Business Education Annual Meeting, September, 2021.

- Judge, VietChallenge Business Competition, January 2016 to April 2016.

- Reviewer, Research Competitiveness Program, American Association for the Advancement of Science (AAAS), March 2014 to present.

- Reviewer, *IEEE Security & Privacy*, January 2013 to present.

- Reviewer, *IEEE Computer*, January 2013 to present.

- Reviewer, Academy of Business Education and Financial Education Association Annual Meetings, Fall 2009 to present.

- General Editor and Reviewer, Pearson Custom Business Resources Program, Finance and Information Technology, January 2005 to December 2016.

- Program Committee and Chair, Finance and Technology Session, Financial Education Association Annual Meeting, Orlando, Florida, April, 2003.

- Program Committee, Academy of Business Education Annual Meeting, Key West, Florida, September 2002. (Reviewed abstracts and papers pertaining to Information Technology and Finance.)

- Reviewer, "Intuit ProSeries Software (A) & (B)," Western Casewriters Association 2002 Meeting, Santa Fe, New Mexico, March 2002.

- Reviewer, Information Technology and Finance Cases, *Journal of Business Education*, *Journal of Financial Education*, and *National Case Research Association Journal*, September 2000 to present.

8

**Steven R. Kursh, Ph.D., CSDP, CLP**
**Summary Biography and CV**
**June 2023**

**Selected Presentations**

1. "Integrating SaaS Metrics Into Your Curriculum," Financial Education Association and Academy of Business Education Annual Meeting, September, 2021.

2. "Update on Licensing:  Is Price Really All That Matters,"  Participant in Podcast, Licensing Executives Society, July 2021.

3. Panel Participant, "Building Your IP Litigation Dream Team," IP Counsel Exchange, New York, NY, December 2018.

4. "Surfing Through the Storm of FinTech Disruption in Financial Services: A Case Study of Payment Processing," Paper accepted for presentation, Academy of Management Annual Meeting 2017, Atlanta Georgia, August 2017.

5. "Blockchain, Fintech and the DMSB," Presentation before the DMSB Board of Visitors, June 9, 2017.

6. "Innovation in the Financial Services Industry: An Empirical Investigation of the Fintech Ecosystem and Implications for Company Strategies," Paper accepted for presentation, IEEE International Conference on Cloud Engineering (IC2E) 2017, Vancouver, British Columbia, April 2017.

7. "D'Amore-McKim School of Business Finance Practice Symposium: Fintech: New Trends and Strategies," Co-coordinator and MC, November 14, 2016.

8. "Cloud Computing: Teaching About A Technology that Is Changing Business," Paper, accepted for presentation, ABE/FEA Annual Meeting, San Antonio, TX, September 2015, (with F. Arthur Schnure).

9. "New Sources of Financing for Entrepreneurial Ventures: Frameworks and Analytics for Entrepreneurial Finance: A Focus on Funding with the EB-5 Program," Paper accepted for presentation, ABE/FEA Annual Meeting, Savannah, Georgia, September 2014.

10. "Financing Your Entrepreneurial Venture: Crowdsourcing, EB-5, and New Sources of Capital for Startups and Growing Ventures," Presentation (invited speaker), Harvard Program for Asian and International Relations, February 2014.

11. "New Types of Finance: CrowdSourcing and the American JOBS Act," Paper accepted for presentation, ABE/FEA Annual Meeting, Bermuda, September 2013.

12. Panel Participant, "Working Successfully With Computer Experts in IP Litigation." Boston Bar Association Brown Bag Lunch, Boston, MA, December 2012.

13. Panel Participant, "Software – To Patent or Not To? Algorithms and Automation as Patentable Subject Matter." HBSR Seminar, Waltham, MA, November 2012.

9

**Steven R. Kursh, Ph.D., CSDP, CLP**
**Summary Biography and CV**
**June 2023**

14. "Teaching Financial Management and Stock Valuation Using Trefis.com: How It Works and What It Means for Our Students." Academy of Business Education, Annual Meeting, September 2011, Orlando, Florida.

15. "Mobile Application Frameworks." Workshop Moderator, Mobile Bootcamp, Mobile Monday, MIT, Cambridge, MA, February 2011.

16. "The Intersection of Intellectual Property and Open Source." Interview, *Chief Intellectual Property Officer*, August 2007.

17. "The Use of Real Options and Monte Carlo Simulations In The Analysis of IT Investments." Paper accepted for presentation, IEEE Equity 2007 Conference, March 2007, Amsterdam, The Netherlands.

18. "Enterprise Risk Management & Governance." Roundtable Session Moderator, Cutter Consortium Summit 2005, May 2005, Cambridge, Massachusetts.

19. "Teaching the Assessment and Valuation of Intellectual Property." Academy of Business Education, Annual Meeting, April 2005, Orlando, Florida.

20. "Using Real Options in a Multidisciplinary Approach for Evaluating and Executing Business Investments That Grow Shareholder Value." Annual Meeting, Society for Advancement of Management, March 2004, Baltimore, MD, (with James Donovan).

21. Panel Participant (materials used), "Managing IT Risk: The Role of the CFO." Financial Executives International Forum on Finance & Technology, Las Vegas, Nevada, September 2002.

22. Program Moderator, "Today's Funding Climate and Its Effects on Valuations." Program Moderator, Massachusetts High Tech Pulse of Technology Series, Waltham, MA, June 2002.

**Software Products, Selected Articles and**
**Peer-Reviewed Publications**

1. "The Goldilocks and Three Bears Dilemma:  Adopting Reasonable Measures to Protect Trade Secrets in the New Work Environment," *les Nouvelles, Journal of the Licensing Executives Society International*, Volume VLII, March 2022, (with Pratike Patel).

2. "An Introduction to the 'How To' for AI and Machine Learning," *The Business Education Innovation Journal*, Vol. 13, 2, December 2021, (with F. Arthur Schnure).

3. "How to Train, Test and Maintain AI and Machine Learning Models," *CIODive*, October 2021, (with F. Arthur Schnure).

4. "Implementing AI:  4 Critical Steps for Success," *Cutter Executive Update: Data Analytics & Digital Technologies,* 21, 11, September 2021, (with F. Arthur Schnure).

10

**Steven R. Kursh, Ph.D., CSDP, CLP**
**Summary Biography and CV**
**June 2023**

5. "6 Measures CIOs Can Take to Protect Trade Secrets," *CIODive*, September 2021, (with Pratike Patel).

6. "Implementing the Cloud Successfully: Lessons Learned from Developing & Deploying SaaS," *Cutter Executive Update: Business Technology & Digital Transformation Strategies*, 24, 4, August 2021, (with F. Arthur Schnure).

7. "Why is Blockchain Blocked," *Cutter Business Technology Journal*, December 2019, (with F. Arthur Schnure).

8. "Should You Use Smart Contracts," *Cutter Business Technology Journal*, April 2018, (with Natalia A. Gold and F. Arthur Schnure).

9. "Counterrevolutionaries in the Financial Services Industry: Teaching Disruption – A Case Study of RoboAdvisors and Incumbent Responses," *The Business Education Innovation Journal,* Vol. 9. 1, June 2017, (with Natalia A. Gold).

10. "Adding Fintech and Blockchain to Your Curriculum," *The Business Education Innovation Journal,* Vol. 8, 2, December 2016, (with Natalia A. Gold).

11. "Fintech and Blockchain for Senior IT Managers," *Cutter Business Technology Journal*, December 2016, (with F. Arthur Schnure).

12. "Getting Cloud (and Non-Cloud) Web Application Performance Testing Right," *Cutter Business Technology Journal*, May 2015 (with F. Arthur Schnure).

13. "Mobile Devices, Marketing, and Content Management Systems." *Cutter Data Insight & Social BI, Executive Update*, May 2012.

14. "Social Media and Unified Communications: Turning Cost Centers to Profit Opportunities in the Enterprise." *Cutter Data Insight & Social BI, Executive Update*, December 2011.

15. "Mobile Opportunities and Strategic Challenges: Choosing an OS." *Cutter Business-IT Advisory Service Executive Update*, May 2011.

16. "Mobile Opportunities and Strategic Challenges: Part I." *Cutter Business-IT Advisory Service Executive Update*, April 2011.

17. *Entrepreneurship: An Innovator's Guide to Startups and Corporate Venturing*, Marc H. Meyer and Frederick G. Crane, 2010, (Sage Publications, New York) Book Chapter, "M&A in the Biotech World" (with Marc H. Meyer, John H. Friar and Dennis Shaughnessy), p. 422-436.

18. "Developing and Using A Financial Model for Virtualization Technology Investment: Part II." *Cutter Business-IT Advisory Service Executive Report*, September 2008 (with Pratike Patel).

19. "Developing and Using A Financial Model for Virtualization Technology Investment: Part I." *Cutter Business-IT Advisory Service Executive Report*, September 2008 (with Pratike Patel).

**Steven R. Kursh, Ph.D., CSDP, CLP**
**Summary Biography and CV**
**June 2023**

20. "Managing Your Software Journey: Using Earned Value and Other Metrics." *Cutter Business-IT Advisory Service Executive Report*, August 2006.

21. "A Better Way To Do ROI Analysis of Software Investments." *Cutter Business-IT Advisory Service Executive Report,* July 2005.

22. "An Analysis of the Impact of FCC Regulations on Competitive Local Exchange Carriers and Emerging Next Generation Networks." *Proceedings of the Emerging Issues in Business & Technology Conference*, October 2003, p. 175-183, (with Anurag Mehndiratta).

23. "Going the Distance with Web-Based Training." *Training & Development*, American Society for Training and Development, March 1998, p. 50-53.

24. *Blackacre's RESPA.* Colorado Springs, Colorado: Shepard's/McGraw-Hill, 1994 edition (released in 1995). (Leader of team that developed computer software and documentation for the then-leading, real estate finance software in the nation.)

25. *The Blackacre Conveyancer.* Wellesley, Massachusetts: Blackacre Financial Software, 1987, 1990, and 1993. (Leader of team that developed computer software and documentation.)

26. *Blackacre's Foreclosure System.* Wellesley, Massachusetts: Blackacre Financial Software, 1987 and 1990. (Leader of team that developed computer software and documentation.)

27. *New York Net Worth Statement.* Wellesley, Massachusetts: Blackacre Financial Software (with Julius Blumberg, Inc.), 1992. (Leader of team that developed computer software and documentation.)

28. "Forever You Cosmetics: Managing the Lender-Customer Relationship." *Lending for the Commercial Banker*, Spring 1987, p. 69-75.

29. "An Acquisition Gone Bad: The Challenge of A Loan Workout." *Lending for the Commercial Banker*, Winter 1987, p. 73-78, (with James Maclean).

30. "Guttenberg Printing Equipment Update: Managing an Ongoing Relationship." *Lending for the Commercial Banker*, Autumn 1986, p. 70-74, (with John Cunningham).

31. "Leveraged Buyout Opportunity Presents Challenge to Bank." *Lending for the Commercial Banker*, Summer 1986, p. 67-72, (with John Curtin).

32. "Guttenberg Printing Equipment: Frustrations and Opportunities in a New Relationship. *"Lending for the Commercial Banker*, Spring 1986, p. 68-74, (with John Cunningham).

33. "Three Essays Exploring the Impact of Higher Energy Prices on Housing Markets." Unpublished Ph.D. dissertation, University of Pennsylvania, 1983.

**Steven R. Kursh, Ph.D., CSDP, CLP**
**Summary Biography and CV**
**June 2023**

**Peer-Reviewed Academic Cases**

34. "Street Furniture: Business Model Design." *Journal of Academy of Business Education*. 14, Spring 2013, (with Marc Meyer and Fred Crane).

35. "Teaching Note for Street Furniture: Business Model Design." *Journal of Academy of Business Education*. Spring 2013, (with Marc Meyer and Fred Crane).

36. "ElderAlert: Building a Business Model for a Home Healthcare Automation Venture." *International Review of Entrepreneurship.* 10 (4), (with Marc Meyer).

37. "Teaching Note for ElderAlert: Building a Business Model for a Home Healthcare Automation Venture." *International Review of Entrepreneurship*. 10 (4), (with Marc Meyer). (The teaching note is provided to professors upon request.)

38. "The Server Consolidation Case." *Journal of Academy of Business Education,* 12, 170- 188, (with Marc Meyer and Krishna Valluru).

39. "Teaching Note for The Server Consolidation Case." *Journal of Academy of Business Education,* (with Marc Meyer and Krishna Valluru)*.* (The teaching note is provided to professors upon request.)

40. "Bioblood: M&A in the Biotech World." *International Journal of Entrepreneurial Education*, 6, 2, 2008, (with Marc Meyer, John Friar, and Dennis Shaughnessy).

41. "Teaching Note for Bioblood: M&A in the Biotech World." *International Journal of Entrepreneurial Education,* (with Marc Meyer John Friar, and Dennis Shaughnessy)*.*

42. "Mercedes-Benz: Investing in IT Infrastructure." Ivey School of Business, University of Western Ontario, Harvard Business School Publishing, 2006 (with Michael Hoch).

43. "Mercedes-Benz: Investing in IT Infrastructure." Teaching Note, Ivey School of Business, University of Western Ontario, Harvard Business School Publishing, 2006. (The teaching note is provided to professors upon request.)

44. "Implications of Streaming Media: A Technical Note." Ivey School of Business, University of Western Ontario, Harvard Business School Publishing, 2006 (with Michael Hoch).

45. "Bell Financial Software, Inc." *Journal of Financial Education*, Fall 2005, 31, p. 99-112.

46. "Teaching Note for Bell Financial Software, Inc." *Journal of Financial Education*, Fall 2005, 31.

47. "Note on Valuing Computer Software and Computer Software Companies." *Journal of Financial Education,* Fall 2005, 31, p. 113-124.

**Steven R. Kursh, Ph.D., CSDP, CLP**
**Summary Biography and CV**
**June 2023**

48. "The Bank for Savings." Case Research Association, January 1983.
49. "Teaching Note: The Bank for Savings." Case Research Association, January 1983.
50. "The Boston Office Supply Company (A) and (B)." Harvard Business School Publishing, Boston, MA (with John Edmunds). March 1983.
51. "Research Ethics and Managers in the Public and Not-for-Profit Sectors (A)." Harvard Business School Publishing, Boston, MA (with Nan Rubenstein), September 1980.

### US Patent and Book

- Inventor, US Patent 7,110,952, "Computer Accounting Method Using Natural Language Speech Recognition." Patent awarded September 19, 2006.

- *Minding the Corporate Checkbook: A Manager's Guide for Executing Successful Business Investments,* (with James Donovan), March 2004, (Financial Times Prentice-Hall, New York).

### Expert Witness Testimony

- Surgetech, LLC v. Uber Technologies, Inc., d/b/a Uber, United States District Court, District of Delaware, Deposition testimony, May 2023.

- Applied Predictive Technologies, Inc. v. Marketdial, Inc. and John M. Stoddard, United States District Court, District of Utah, Central Division, Deposition testimony, March 2023.

- Simplified Labor Staffing Solutions, Inc. v. Trinity Risk Management, Superior Court of the State of California, County of Los Angeles, Deposition testimony, February 2023.

- Bradley Gambill and Lane Health, Inc. et al v. G&W Laboratories, Inc., and Flipt LLC, Superior Court of New Jersey, Middlesex Country, Deposition testimony, January 2023.

- Ice Intermediate, Inc, and InMoment, Inc. v. John R. Sperry, et al, Court of Chancery of the State of Delaware, Deposition testimony, April 2022.

- Island Intellectual Property LLC v. TD Ameritrade, Inc. et al, United States District Court for the Eastern District of Texas, Deposition testimony, February 2022; July 2022.

**Steven R. Kursh, Ph.D., CSDP, CLP**
**Summary Biography and CV**
**June 2023**

- Synopsys, Inc., v. Risk Based Security, United States District Court for the Eastern District of Virginia, Deposition testimony, February 2022.

- SiteLock, Inc. v. GoDaddy.com, LLC. United States District Court for the District of Arizona, Deposition testimony, June 2021.

- LivePerson, Inc. v. [27]7.AI, Inc., United States District Court for the Northern District of California, Deposition testimony, June 2018; Trial testimony, June 2021.

- ResMan, LLC v. Karya Property Management, LLC and Scarlet InfoTech, Inc. d/b/a Expedien, Inc., United States District Court, Eastern District of Texas, Deposition testimony, August 2020; Trial testimony, November 2020 (ended in a mistrial due to COVID); Trial testimony, March 2021.

- Early Information Science, Inc. v. Omega Engineering, Inc., United States District Court, District of Massachusetts, Deposition testimony, February 2021.

- Securities and Exchange Commission v. Eric Pulier, United States District Court, Central District of California, Deposition testimony, January 2021.

- Ancora Technologies, Inc. v. LG Electronics, Inc. and LG Electronics U.S.A., Inc., and Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc., United States District Court, Western District of Texas, Deposition testimony, January 2021.

- InfoDeli, LLC and Breht C. Burri v. Western Robidoux, Inc., et al, United States District Court, Western District of Missouri, Deposition testimony, February 2017; Trial testimony, March 2020.

- loanDepot.com, LLC v. Sigma Infosystems, Inc., AAA Arbitration, Deposition testimony, December 2019 and January 2020.

- HealthEdge Software, Inc. v. Gilsbar, LLC, JAMS Arbitration, Hearing testimony, October 2019.

- Futrend Technology Inc. v. Microhealth, LLC, et. al., Circuit Court of Fairfax County, Commonwealth of Virginia, Deposition testimony, September 2019; Trial testimony, October 2019.

- Dolby Laboratories Licensing Corporation and Dolby International AB v. Adobe Systems Incorporated, United States District Court, Northern District of California, Deposition testimony, July 2019.

**Steven R. Kursh, Ph.D., CSDP, CLP**
**Summary Biography and CV**
**June 2023**

- Inter Partes Review, US Patent No. 9,575,934, Patent Trial and Appeal Board, U.S. Patent and Trademark Office, Alexandria, VA 22313-1450, 33Across, Inc. v. Leftsnrights, Inc., D/B/A Liqwid, Deposition testimony, July 2019.

### Volunteer Service

- Academy of Management, Ph.D. student mentorship, September 2020 to present.

- Licensing Executives Society, Chair, Appeals, Ethics and Discipline Committee, CLP, January 2020 to January 2022.

- Alumni Interviewer, University of Pennsylvania. Fall 2019 to present.

- Licensing Executives Society, High-Tech Sector, Committee on Blockchain and Fintech, December 2018 to March 2020.

### Memberships

- Member of: the Academy of Business Education; the Academy of Management; the Association for Computing Machinery (ACM); the Financial Education Association; the Institute of Electrical and Electronics Engineers (IEEE); the Licensing Executives Society (LES); the Responsible Research in Business & Management Network; and the Sedona Conference.

### Contact and Personal Information

Cambridge Office Address:

Steven R. Kursh, Ph.D., CSDP, CLP
Software Analysis Group
245 First Street – 18th Floor
Cambridge, MA 02142

617.299.9008

s.kursh@softwareanalysisgroup.com

Married; three children

Born: Wilmington, Delaware

US Citizen and EU (Poland) Citizen

Excellent health; avid runner